IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Unruh,<br><br>          Plaintiff,<br><br>vs.<br><br>Captain Peterson,<br><br>          Defendant. | No. CIV 05-1252-PHX-DGC (GEE)<br><br>**REPORT AND RECOMMENDATION** |

On April 26, 2005, the plaintiff, an inmate at the Durango Jail in Phoenix, Arizona, filed a complaint in this court claiming his civil rights were being violated by his conditions of confinement. On May 9, 2005, this court issued an order which, among other things, notified the plaintiff that he must immediately advise this court of any change in his address. He was specifically warned failure to do so could result in dismissal of the action.

On December 28, 2005, this court screened the complaint and ordered commencement of service. A service packet was sent to the plaintiff, but it was returned marked "not deliverable" and "released."

Service in a prisoner case must be effected within 60 days of the filing of the service order or 120 days from the filing of the complaint, whichever is later. LRCiv. 16.2(b)(2)(B)(i). These deadlines have passed and service has not been accomplished.

Recommendation

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DISMISSING this action for failure to prosecute.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this report and recommendation.   If objections are not timely filed, the party's right to de novo review may be waived. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).  If objections are filed, the parties should direct them to the District Court by using the following case number: CIV 05-1252-PHX-DGC.

The Clerk is directed to send a copy of this report and recommendation to all parties.

DATED this 9th day of March, 2006.

Glenda E. Edmonds
United States Magistrate Judge